PEOPLE, PLAINTIFF AND APPELLEE, *v.* PORTO RICAN AMERICAN TOBACCO COMPANY, DEFENDANT AND APPELLANT.

Appeals from the District Court of Humacao in Prosecutions for Violations of the Minimum Wages Act.

Nos. 1693 and 1696.—Decided April 29, 1921.

Decided on the grounds of the opinion delivered in the case of *People* v. *Porto Rican American Tobacco Company, ante,* page 371.

*Mr. L. Muñoz Morales* for the appellant.

*Messrs. J. E. Figueras, Fiscal,* and *C. Llauger* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, Del Toro, Aldrey and Hutchison concurred.